**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 23 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEREK LIND
And other persons similarly situated                          PLAINTIFFS

V.                              NO.: 4:12-CV-242 SWW

MEDICREDIT, INC.
a.k.a. MEDICREDIT CORPORATION
JOHN DOES 1 - 10                                             DEFENDANTS

## COMPLAINT

Comes now Plaintiff, by and through the undersigned counsel, and for his complaint, states:

This case assigned to District Judge *Wright*
and to Magistrate Judge *Decre*

## JURISDICTIONAL BASIS

1. This court has jurisdiction pursuant to 28 U.S.C. §1331, federal question jurisdiction, and 28 U.S.C. §1367, supplemental jurisdiction, since all claims arise out of a common nucleus of operative fact. Venue is proper in this Court as the cause of action arose in the Eastern District of Arkansas.

2. At all times material to this action, Defendant, Medicredit, Inc. (a.k.a. Medicredit Corporation)[hereinafter referred to as "Medicredit"] was a corporation, authorized to do and doing business in the Eastern District of Arkansas.

3. At all times material to this action, Defendant, Medicredit, was a debt collector under the terms of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq (hereinafter referred to as the "FDCPA") and engaged in collection activities in the State of Arkansas about which the

1

Plaintiff complains and is a "debt collector" as the term is defined by 15 U.S.C. §1692a(6).

## STATEMENT OF CLAIM

4.   This is an action to recover damages suffered by the Plaintiff and those similarly situated as a result of harassing and abusive tactics employed by the Defendant, Medicredit, and its agents in the collection of a debt.

## PARTIES

5.   Plaintiff is a person of the full age of majority and residents of the Eastern District of Arkansas residing in Bryant, Arkansas.

6.   At all times relevant to this complaint, the Defendant, Medicredit, Inc. (a.k.a. Medicredit Corporation), was a corporation authorized to do and doing business in the Eastern District of Arkansas.   The Defendant employed John Does (1 - 10) on its behalf to carry out its objectives and as such Defendant, Medicredit, is responsible for the actions of the John Does under the doctrine of respondeat superior.

## FACTS

7.   Commencing on or about March 11, 2011 and continuing through at least March 26, 2012, the Defendant, by its various agents, communicated with Plaintiff as a debt collector for the University of Arkansas Medical Sciences (UAMS).

8.   John Does 1 - 10 (the "Collectors") are individual collectors employed by Defendant, Medicredit, and whose

identities are currently unknown to the Plaintiff.  One or more of the Collectors may be joined as parties once their identities are disclosed through discovery.

9.   The Defendant, Medicredit, alleges that monies are owed by the Plaintiff to the University of Arkansas for Medical Sciences (UAMS).

10.   The debt was purchased, assigned or transferred to Defendant, Medicredit, for collection or the Defendant Medicredit was employed by UAMS to collect the debt.

## VIOLATIONS OF THE FAIR DEBT COLLECTIONS PRACTICES ACT

11.   The Defendants attempted to collect the debt, and, as such, engaged in "communications" as defined by 15 U.S.C. §1692(a).

12.   The Defendants contacted the Plaintiff to collect the debt.

13.   The Defendants' harassment caused the Plaintiff's telephone to ring, hanging up before answer, and/or leaving a computer-voice message minus the mini-Miranda notice require, failing to identify the call as one coming from the collection agency (Medicredit 877-395-3125) and agents of the Defendant leaving a message without identifying themselves.

14.   The Defendant failed to send Plaintiff a validation notice stating the amount of the debt, in violation of 15 U.S.C. § 1692g(a)(1).  Plaintiff twice requested a validation by certified mail with proper service to the Defendant being made.

(Exhibit "A"). Plaintiff disputed the debt; but, collection efforts continued.

15. The Defendant failed to send the Plaintiff a validation notice containing the name and address of the original creditor, in violation of 15 U.S.C. §1692g(a)(5).

16. The Defendants continued collection efforts even though the debt had not been validated, in violation of 15 U.S.C. §1692g(b).

## VIOLATIONS OF THE ARKANSAS STATE LAWS

17. The plaintiff re-alleges all allegations made in paragraphs 1 – 16.

18. The Defendants violated the Arkansas Fair Debt Collections Practices Act and the Arkansas Deceptive Trade Practices Act.

## PRAYER FOR RELIEF

A. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against the Defendants;

B. Statutory damages of $ 1,00.00 per incident pursuant to 15 U.S.C. § 1692k(a)(2)(A) against the Defendants;

C. Costs of litigant and reasonable attorney's fees pursuant to 15 U. S.C. § 1692k(a)(3) against the Defendants;

D. Actual damages from the Defendants for all the damages including emotional distress suffered as a result of the

intentional, reckless, and/or negligent FDCPA violations and intentional, reckless, and/or negligent invasions of privacy in an amount to be determined at trial for the Plaintiff,

E. Punitive damages;

F. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

WHEREFORE, the Plaintiff prays for judgment against the Defendants, jointly and severally, for violating the Federal Fair Debt Collection's Practices Act; attorney's fees; post-judgment interest; pre-judgment interest; and any other damages authorized by this court or authorized by any other applicable state or federal, statutory or common-law. Plaintiff demands judgment against all Defendants for damages, as well as all costs of this action, and a trial by jury of all issues to be tried.

Respectfully submitted,

Willard Proctor, Jr.
Willard Proctor, Jr., P.A.
Attorney for Plaintiffs
2100 Wolfe Street
Little Rock, AR  72202-6258
(501) 378-7720
wproctorjr@aol.com
Arkansas Bar No.:  87136

**EXHIBIT "A"**

PO Box 7206
Columbia, Mo. 65205

9900

**PHONE:** (877) 395-3125

0101

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AMERICAN EXPRESS

CARD NUMBER                                    SIGNATURE CODE

SIGNATURE                                      EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| March 11, 2011 | $102.30 | 110661824 |

SHOW AMOUNT
PAID HERE   $

DEREK E LIND
PO BOX 251188
LITTLE ROCK, AR 72225-1188

MEDICREDIT INC.
P.O. BOX 411187
ST. LOUIS, MO 63141-3187

9900*S63007BB4002838

```
# of Accounts on file:   1
Total Balance on file:   $102.30
Primary Account #:       110661824
```

Creditor: UAMS - UNIV OF ARK FOR MEDICAL SCIENCES

Dear Mr./Ms. Lind

The account(s) listed below have been added to our files for collection in full.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

| CLIENT | BALANCE DUE |
|---|---|
| UAMS - UNIV OF ARK FOR MEDICAL SCIENCES | 102.30 |

This letter is an attempt from a debt collection agency to collect a debt and any information obtained will be used for that purpose.
See Reverse For Important Information.

FREE SERVICE: We can print your check for you - call for details.

CASEY GREEN
Debt Collector

Office Hours: 8AM-9PM Monday - Thursday  8AM-7PM Friday  9AM-1PM Saturday

01

Derek Lind
POB 251188
Little Rock, AR 72225

March 21, 2011

Medicredit
POB 411187
St. Louis, MO 63141-3187

Re: 110661824

    This letter shall serve as notice that I dispute the above referenced debt. In accordance with the FDCPA, please do not contact me except as allowed by law and only after evidence of the alleged debt is provided.


Derek Lind

Cert: 7010-3090-0000-0198-6174

Derek Lind <delind@ualr.edu>

# M U.S. Postal Service Track & Confirm email Restoration - 7010 3090 0000 0198 6174

1 message

---

U.S._Postal_Service_ <U.S._Postal_Service@usps.com>                    24 December 2011 09:51
To: delind@ualr.edu

This is a post-only message. Please do not respond.

The restoration information for Track & Confirm is listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7010 3090 0000 0198 6174

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | SAINT LOUIS MO 63141 | 03/23/11  8:36am |
| Arrival at Unit | SAINT LOUIS MO 63141 | 03/23/11  6:16am |
| Acceptance | LITTLE ROCK AR 72207 | 03/21/11 12:31pm |

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com /shipping/trackandconfirmfaqs.htm

PO BOX 7206
COLUMBIA, MO. 65205

9900

**PHONE: (877) 395-3125**

IF PAYING BY MASTERCARD, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

☐ MASTERCARD     ☐ VISA     ☐ AMERICAN EXPRESS

CARD NUMBER

SIGNATURE                                        EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
| --- | --- | --- |
| December 18, 2011 | $1,780.22 | 113480560 |

SHOW AMOUNT
PAID HERE   $

100001

DEREK E LIND
PO BOX 251188
LITTLE ROCK, AR 72225-1188

MEDICREDIT INC.
P.O. BOX 411187
ST. LOUIS, MO 63141-3187

9900*SDY0OC34O001659

```
# of Accounts on file:  1
Total Balance on file: $1,780.22
Primary Account #:      113480560
Creditor #: 8474265-0300
Last Payment Date:  00/00/00
```

Creditor: UAMS - UNIV OF ARK FOR MEDICAL SCIENCES

Dear Mr./Ms. Lind

The account(s) listed below have been added to our files for collection in full.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

CLIENT                          BALANCE DUE
UAMS - UNIV OF ARK FOR MEDICAL SCIENCES     1,780.22

This letter is an attempt from a debt collection agency to collect a debt and any information obtained will be used for that purpose.
See Reverse For Important Information.

FREE SERVICE: We can print your check for you - call for details.

CASEY GREEN
Debt Collector

Office Hours: 8AM-9PM Monday - Thursday  8AM-7PM Friday  9AM-1PM Saturday

01



December 27, 2011

Derek Lind
POB 251188
Little Rock, AR 72225


MediCredit
POB 7206
Columbia, MO 65205

Re: 113480560

     I dispute the above referenced debt in its entirety. A copy of your notice is enclosed.

     I require compliance with the FDCPA in providing proof of debt and do not contact me at work-ever. Only contact me as allowed after FDCPA compliance.


Derek Lind

Certified Mail-Return Receipt - #7011-1570-0002-4805-7589

Derek Lind <delind@ualr.edu>

# M U.S. Postal Service Track & Confirm email Restoration - 7011 1570 0002 4805 7589

1 message

---

**U.S._Postal_Service_ <U.S._Postal_Service@usps.com>**                                                 20 March 2012 01:23
To: DELIND@ualr.edu

This is a post-only message. Please do not respond.

DEREK LIND has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7011 1570 0002 4805 7589

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | COLUMBIA MO 65205 | 12/29/11  9:39am |
| Acceptance | LITTLE ROCK AR 72205 | 12/27/11  11:49am |

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com /shipping/trackandconfirmfaqs.htm

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jill Gibson_   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*): Jill Gibson   C. Date of Delivery: 12/9/4<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Med. Credit<br>PoB 7206<br>Columbia, MO 65205 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(Transfer from    7011 1570 0002 4805 7589 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

PO BOX 7206
COLUMBIA, MO. 65205

9900

IF PAYING BY MASTERCARD, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

☐ MASTERCARD          ☐ VISA          ☐ AMERICAN EXPRESS

CARD NUMBER

SIGNATURE                                    EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
| --- | --- | --- |
| March 10, 2012 | $2,126.29 | 113480560 |

SHOW AMOUNT $
PAID HERE

PHONE: (877) 395-3125

DEREK E LIND
PO BOX 251188
LITTLE ROCK, AR 72225-1188

MEDICREDIT INC.
P.O. BOX 411187
ST. LOUIS, MO 63141-3187

9900*SGC0OZTVK001975

# of Accounts on file:  2
Total Balance on file:  $2,126.29
Primary Account #:      113480560
Creditor #: 8474265-0300
Last Payment Date:  00/00/00

Creditor: UAMS - UNIV OF ARK FOR MEDICAL SCIENCES

Dear Mr./Ms. Lind

The account(s) listed below have been added to our files for collection in full.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

| CLIENT | BALANCE DUE |
| --- | --- |
| UAMS - UNIV OF ARK FOR MEDICAL SCIENCES | 1,780.22 |
| UAMS - UNIV OF ARK FOR MEDICAL SCIENCES | 346.07 |

This letter is an attempt from a debt collection agency to collect a debt and any information obtained will be used for that purpose.
See Reverse For Important Information.

FREE SERVICE: We can print your check for you - call for details.

ROXY HART
Debt Collector

Office Hours: 8AM-9PM Monday - Thursday  8AM-7PM Friday  9AM-1PM Saturday

01