IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEREK LIND**                                                                                          **PLAINTIFF**

v.                                                     Case No. 4:12-cv-242-KGB

**MEDICREDIT, INC.**                                                                              **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff Derek Lind has informed the Court that he would like to dismiss this case with prejudice. Therefore, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice.

SO ORDERED this the 20th day of August, 2012.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge